# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MICHAEL MADDOX,

               Petitioner

          v.

JOHN E. WETZEL, SECRETARY OF
DEPARTMENT OF CORRECTIONS AND
CHRISTOPHER M. THOMAS, DIRECTOR
CMR-PHILADELPHIA PRISON SYSTEM,
ET AL.,

               Respondents

: No. 1 EM 2016
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2016, as it appears that Petitioner's request for a sentence credit was addressed via a January 8, 2016 determination, the Motion to Dismiss is **GRANTED**. The Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED AS MOOT**.

    Justice Eakin did not participate in the consideration or decision of this matter.